```
In re:                                                          Case No. 17-51644-MEH
Anthony Cao Hoan Nguyen                                         Chapter 7
            Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0971-5          User: kdu              Page 1 of 2              Date Rcvd: Jul 11, 2017
                              Form ID: 309A          Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2017.
```
db              +Anthony Cao Hoan Nguyen,    1891 Via Cinco De Mayo,    San Jose, CA 95132-1464
smg             ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                  SACRAMENTO CA 94279-0029
                 (address filed with court: State Board of Equalization,
                  Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,    Sacramento, CA  94279)
14593789        ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,   NEWARK DE 19714-8099
                 (address filed with court: Mabt/Contfin,     P. O. Box 8099,    Newark, DE 19714)
14593778         Citizens Equity FCU,    P.O. Box 1715,    Peoria, IL 61656-1715
14593780         Direct Loan SVC System,    P.O. Box 5609,    Greenville, TX 75403-5609
14593783        +Edfinancial,    120 N. Seven Oaks D,    Knoxville, TN 37922-2359
14593785        +First Data Merchant SVS,    4000 Coral Ridge DRC-230,    Pompano Beach, FL 33065-7614
14593786        +Gary A. Bemis,    3870 La Sierra Avenue, Suite 239,    Riverside, CA 92505-3528
14593787        +Jamie Macias-Nguyen,    1102 South Abel Street,    Milpitas, CA 95035-9008
14593788        +Jason Barnes,    2706 Benton Street,    Santa Clara, CA 95051-4810
14593791        +Maury Cobb Attorney,    301 Beacon Parkway West, Suite 100,    Birmingham, AL 35209-3103
14593797        +Sysco San Francisco,    3870  La Sierra Avenue, Suite 239,    Riverside, CA 92505-3528
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: michaelvu@vusalaw.com Jul 12 2017 01:50:24     Michael Chinh Vu,
                  VUSA Law Offices,    142 E Mission St.,    San Jose, CA  95112
tr               EDI: QMPOONJA.COM Jul 12 2017 01:38:00     Mohamed Poonja,    P.O. Box 1510,
                  Los Altos, CA  94023-1510
smg              EDI: EDD.COM Jul 12 2017 01:38:00     CA Employment Development Dept.,
                  Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg              EDI: CALTAX.COM Jul 12 2017 01:38:00     CA Franchise Tax Board,    Attn: Special Procedures,
                  P.O. Box 2952,    Sacramento, CA  95812-2952
smg              EDI: IRS.COM Jul 12 2017 01:38:00     IRS,    P.O. Box 7346,    Philadelphia, PA  19101-7346
ust              E-mail/Text: ustpregion17.sj.ecf@usdoj.gov Jul 12 2017 01:51:02
                  Office of the U.S. Trustee / SJ,    U.S. Federal Bldg.,    280 S 1st St. #268,
                  San Jose, CA  95113-3004
14593774        +E-mail/Text: bknotices@conduent.com Jul 12 2017 01:51:43     ACS/US Bank,    501 Bleeker Street,
                  Utica, NY 13501-2401
14593775        +EDI: TSYS2.COM Jul 12 2017 01:38:00     Barclays Bank Delaware,    125 S. West  Street,
                  Wilmington, DE 19801-5014
14593776         EDI: CAPITALONE.COM Jul 12 2017 01:38:00     Capital One,    P.O. Box 30253,
                  Salt Lake City, UT 84130-0253
14593777        +EDI: CAPITALONE.COM Jul 12 2017 01:38:00     Capital One Bank,    P.O. Box 30281,
                  Salt Lake City, UT 84130-0281
14593779         EDI: RCSFNBMARIN.COM Jul 12 2017 01:38:00     Credit One Bank,    P.O. Box 98872,
                  Las Vegas, NV 89193-8872
14593782         EDI: DISCOVER.COM Jul 12 2017 01:38:00     Discover Fincl SVC LLC,    P.O. Box 15316,
                  Wilmington, DE 19850-5316
14593784        +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jul 12 2017 01:52:01      Exeter Finance Corp,
                  P.O. Box 166097,    Irving, TX 75016-6097
14593792         EDI: PRA.COM Jul 12 2017 01:38:00     Portfolio Recovery,    120 Corporate Blvd.,
                  Norfolk, VA 23502
14593794         EDI: RMSC.COM Jul 12 2017 01:38:00     SYNCB/Amazon PLCC,    P.O. Box 965015,
                  Orlando, FL 32896-5015
14593795         EDI: RMSC.COM Jul 12 2017 01:38:00     SYNCB/Banana Republic,    P.O. Box 965005,
                  Orlando, FL 32896-5005
14593793        +E-mail/Text: compliance@sentrycredit.com Jul 12 2017 01:51:38     Sentry Credit INC,
                  2809  Grand Avenue,    Everett, WA 98201-3417
14593798         EDI: AISTMBL.COM Jul 12 2017 01:38:00     T-Mobile,    P.O. Box 51843,    Los Angeles, CA 90051
                                                                                               TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14593790*       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,   NEWARK DE 19714-8099
                 (address filed with court: Mabt/Contfin,     P. O. Box 8099,    Newark, DE 19714)
14593781*        Direct Loan SVC System,    P.O. Box 5609,    Greenville, TX 75403-5609
14593796*        SyNCB/Banana Republic,    P.O. Box 965005,    Orlando, FL 32896-5005
14593799*       ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                 (address filed with court: T-Mobile,    P.O. Box 51843,    Los Angeles, CA 90051)
                                                                                               TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2017 at the address(es) listed below:
        Michael Chinh Vu    on behalf of Debtor Anthony Cao Hoan Nguyen michaelvu@vusalaw.com
        Mohamed   Poonja    mpoonja@sbcglobal.net, mpoonja@ecf.epiqsystems.com
        Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
        TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Anthony Cao Hoan Nguyen | Social Security number or ITIN xxx–xx–4703 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of California | Date case filed for chapter 7  7/10/17 |
| Case number: | 17–51644 MEH 7 | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Anthony Cao Hoan Nguyen | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1891 Via Cinco De Mayo<br>San Jose, CA 95132 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael Chinh Vu<br>VUSA Law Offices<br>142 E Mission St.<br>San Jose, CA 95112 | Contact phone (408) 288–7400 |
| 5. | **Bankruptcy trustee**<br>Name and address | Mohamed Poonja<br>P.O. Box 1510<br>Los Altos, CA 94023–1510 | Contact phone 650–941–3400<br>Email: mpoonja@sbcglobal.net |
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 280 South First Street<br>Room 3035<br>San Jose, CA 95113 | Hours open: 9:00 am to 4:30 pm,<br>Monday – Friday<br><br>Contact phone: 408–278–7500<br><br>Date: 7/11/17 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| Debtor **Anthony Cao Hoan Nguyen** | | Case number **17–51644 MEH 7** |

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. <br><br> **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors | **August 17, 2017 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **U.S. Federal Bldg., 280 S 1st St. #130, San Jose, CA 95113** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/16/17** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

Case: 17-51644    Doc# 6    Filed: 07/13/17    Entered: 07/13/17 21:29:47    Page 4 of 4