Certificate Number: 17572-CAN-DE-029813219

Bankruptcy Case Number: 17-51644



17572-CAN-DE-029813219

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 31, 2017, at 10:46 o'clock AM PDT, ANTHONY C NGUYEN completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date:   August 31, 2017           By:   /s/Kelly Faulks

                                                                 Name:   Kelly Faulks

                                                                  Title:   Counselor