Jason Barnes
2706 Benton St.
Santa Clara, CA 95051
Telephone: (408) 987-1041
Fax: (650) 362-1864
Email: jebarnes50@gmail.com
Attorney for: In Pro Per



FILED

SEP 2 9 2017

United States Bankruptcy Court
San Jose, California

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

ANTHONY HOAN CAO NGUYEN,

Debtor

Case No. 17-51644
Chapter 7
**MOTION FOR ORDER FOR RULE 2004 EXAMINATION**

Pursuant to Rule 2004, Federal Rules of Bankruptcy Procedure, Creditor Jason Barnes respectfully requests that the Court enter an Order Authorizing Jason Barnes to conduct an examination as follows:

1. <u>Witness to be Examined</u>: Anthony Hoan Cao Nguyen

2. <u>Date</u>: October 11, 2017

3. <u>Time</u>: 1:00 pm

4. <u>Place</u>: Premiere Business Center 2570 North First Street Second Floor in San Jose

5. <u>Scope of Examination</u>:
   - the debtor's acts, conduct, or property;
   - the debtor's liabilities and financial condition;
   - any matter that may affect administration of the debtor's estate; and
   - the debtor's right to a discharge. [FRBP 2004(b)]

6. <u>Documents to be Produced</u>:
   - Proof of payments made to any contractors that worked on the commercial property located at 989 Story Rd # 8054 in San Jose in 2015.
   - Partnership agreement between Viktoria Le and Anthony Nguyen and / or Jamie Macias for California Croissant Bakehouse and Cafe LLC in 2015.
   - Proof of any rent payments paid to Viktoria Le in 2015.
   - Receipts for any items purchased or services paid for the business called California Croissant Bakehouse and Cafe LLC that were greater than $1000.

7. <u>Time, Date and Place of Production</u> (if different from examination):
The requested documents need to be produced the day before the 2004 exam and either emailed or ready for pick up by Mr. Barnes no later than October 10, 2017 by 5 pm.

8. <u>Good cause:</u>
Mr. Barnes is a creditor, and believes that the debtor has made misrepresentations on his Bankruptcy filings and can otherwise pay the debts owed. In these regards Mr. Barnes seeks information regarding:
- the debtor's acts, conduct, or property;
- the debtor's liabilities and financial condition;
- any matter that may affect administration of the debtor's estate; and
- the debtor's right to a discharge. [FRBP 2004(b)]

Additional matters in Chapter 11 or 13 cases: In Chapter 11 and 13 bankruptcies (except for railroad reorganization cases), questions at a Rule 2004 exam may also be asked about the operation of any business and the desirability of its continuance, the source of money or property acquired or to be acquired by the debtor for purposes of consummating a plan and consideration given or offered therefor, and any other matter relevant to the case or formulation of a plan. [FRBP 2004(b)]

9. The undersigned has contacted opposing counsel *Michael Chinh Vu*, at the 341 meeting of the creditors held on August 31, 2017, who advises he will not oppose this Motion to examine the debtor but as of the date of this motion has not confirmed that he will agree to produce the documents described herein without a subpoena duces tecum pursuant to Rule 9016, Federal Rules of Bankruptcy Procedure.

Dated: : *September 29, 2017*

*Jason Barnes*
Creditor (In Pro Per)

By: *[signature]*
Jason Barnes
9/29/17