The following constitutes
the order of the court. Signed October 3, 2017

*M. Elaine Hammond*
_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Anthony Cao Hoan Nguyen,<br><br>          Debtor. | Case No. 17-51644 MEH<br><br>Chapter 7 |

## ORDER GRANTING MOTION FOR RULE 2004
## EXAMINATION AND COMPELLING PRODUCTION OF DOCUMENTS

The court has reviewed Creditor Jason Barne's ("Creditor") motion for an order compelling the examination of and production of documents by Anthony Cao Hoan Nguyen ("Debtor"). Good cause appearing, it is hereby

ORDERED that:

1) The motion is granted.

2) Creditor is authorized to conduct an examination of Debtor pursuant to Fed. R. Bankr. P. 2004 on October 11, 2017 at 1:00 p.m. or such date as is mutually agreeable to the parties.

3) Debtor is required to produce the documents specified in the motion in advance of the examination, at a date mutually agreeable to the parties. The requirement to respond to the request for production of documents is without prejudice to Debtor's

1

right to object to any specific requests and the parties' obligations to meet and confer regarding such objections.

4) If the parties are unable to agree on dates and times or resolve objections to specific requests for production of documents, the parties should review Judge Hammond's Practices and Procedures regarding discovery disputes and contact Judge Hammond's Courtroom Deputy Anna Rosales at (408) 278-7581 to schedule a telephonic hearing. Judge Hammond's Practices and Procedures are available on the court's website at http://www.canb.uscourts.gov/procedure/hammond/judge-hammonds-practices-and-procedures.

***END OF ORDER***

## COURT SERVICE LIST

**Jason Barnes**
2706 Benton Street,
Santa Clara, CA 95051

Via ECF: