

The following constitutes
the order of the court. Signed February 15, 2018

*M. Elaine Hammond*

M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Anthony Cao Hoan Nguyen,<br><br>                      Debtor. | Case No. 17-51644 MEH<br>Chapter 7<br><br>Date:  February 15, 2018<br>Time:  10:30 a.m.<br>Ctrm:  3020 |

<u>ORDER GRANTING MOTION TO EXTEND TIME TO FILE AN OBJECTION TO DISCHARGE</u>

      Creditor Jason Barnes ("Creditor") filed a motion to extend time to object to Debtor's discharge on January 16, 2018. (the "Motion") (Dkt. #22). The Motion was heard on February 15, 2018. Creditor appeared pro se and Debtor failed to appear. For the reasons stated on the record, and good cause appearing, the Motion is hereby

      GRANTED. The time to object to discharge in this case is extended to March 14, 2018.

**END OF ORDER**

1

## COURT SERVICE LIST

**Jason Barnes**
2706 Benton Street,
Santa Clara, CA 95051

**Via ECF:**

All ECF Recipients